UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINCOLN MORRIS, | ) |
| | ) Case No. 1:21—cv-01953-JMS-MPB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEEL DYNAMICS, INC. AND JONATHAN PLEMONS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

COME NOW the parties, by counsel, and file their Stipulation of Dismissal with Prejudice as to all claims of Plaintiff in the above-captioned matter.

And the Court, having considered same and being duly advised, now grants said motion as prayed and dismisses this case with prejudice [20].

Date: 12/28/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF.